JS 44 (Rev. 08/18)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
FRED EDWARD CONNER, III,

**DEFENDANTS**
OFFICER E.G. HEARN and CITY OF SARALAND

(b) County of Residence of First Listed Plaintiff: MOBILE
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant: MOBILE
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

(c) Attorneys *(Firm Name, Address, and Telephone Number)*
Fred Edward Conner, III, pro se
15715 Durango Drive, Chunchula, AL 36521  (251) 490-5349

Attorneys *(If Known)*
Thomas O. Gaillard, III, Esquire
Helmsing, Leach, Herlong, Newman & Rouse, P.C.
P.O. Box 2767, Mobile, AL 36652  (251) 432-5521

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- ☐ 1 U.S. Government Plaintiff
- ☐ 2 U.S. Government Defendant
- ☒ 3 Federal Question *(U.S. Government Not a Party)*
- ☐ 4 Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)*
*(For Diversity Cases Only)*

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☒ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 365 Personal Injury - Product Liability | ☐ 690 Other | ☐ 423 Withdrawal 28 USC 157 | ☐ 376 Qui Tam (31 USC 3729(a)) |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 367 Health Care/ Pharmaceutical Personal Injury Product Liability | | | ☐ 400 State Reapportionment |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | | | **PROPERTY RIGHTS** | ☐ 410 Antitrust |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | | | ☐ 820 Copyrights | ☐ 430 Banks and Banking |
| ☐ 151 Medicare Act | ☐ 340 Marine | ☐ 368 Asbestos Personal Injury Product Liability | | ☐ 830 Patent | ☐ 450 Commerce |
| ☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans) | ☐ 345 Marine Product Liability | **PERSONAL PROPERTY** | **LABOR** | ☐ 835 Patent - Abbreviated New Drug Application | ☐ 460 Deportation |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 370 Other Fraud | ☐ 710 Fair Labor Standards Act | ☐ 840 Trademark | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 371 Truth in Lending | ☐ 720 Labor/Management Relations | **SOCIAL SECURITY** | ☐ 480 Consumer Credit |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 380 Other Personal Property Damage | ☐ 740 Railway Labor Act | ☐ 861 HIA (1395ff) | ☐ 485 Telephone Consumer Protection Act |
| ☐ 195 Contract Product Liability | ☐ 362 Personal Injury - Medical Malpractice | ☐ 385 Property Damage Product Liability | ☐ 751 Family and Medical Leave Act | ☐ 862 Black Lung (923) | ☐ 490 Cable/Sat TV |
| ☐ 196 Franchise | | | ☐ 790 Other Labor Litigation | ☐ 863 DIWC/DIWW (405(g)) | ☐ 850 Securities/Commodities/ Exchange |
| | | | ☐ 791 Employee Retirement Income Security Act | ☐ 864 SSID Title XVI | ☐ 890 Other Statutory Actions |
| | | | | ☐ 865 RSI (405(g)) | ☐ 891 Agricultural Acts |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | | **FEDERAL TAX SUITS** | ☐ 893 Environmental Matters |
| ☐ 210 Land Condemnation | ☒ 440 Other Civil Rights | **Habeas Corpus:** | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 895 Freedom of Information Act |
| ☐ 220 Foreclosure | ☐ 441 Voting | ☐ 463 Alien Detainee | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 896 Arbitration |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment | ☐ 510 Motions to Vacate Sentence | | | ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| ☐ 240 Torts to Land | ☐ 443 Housing/ Accommodations | ☐ 530 General | **IMMIGRATION** | | |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 535 Death Penalty | ☐ 462 Naturalization Application | | ☐ 950 Constitutionality of State Statutes |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | **Other:** | ☐ 465 Other Immigration Actions | | |
| | ☐ 448 Education | ☐ 540 Mandamus & Other | | | |
| | | ☐ 550 Civil Rights | | | |
| | | ☐ 555 Prison Condition | | | |
| | | ☐ 560 Civil Detainee - Conditions of Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

- ☐ 1 Original Proceeding
- ☒ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from Another District *(specify)*
- ☐ 6 Multidistrict Litigation - Transfer
- ☐ 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
42 U.S.C. § 1983 and ADA

Brief description of cause:
Fourth Amendment claim and ADA claim

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.

**DEMAND $** 90,000

CHECK YES only if demanded in complaint:
**JURY DEMAND:** ☐ Yes ☒ No

## VIII. RELATED CASE(S) IF ANY
*(See instructions)*
JUDGE _____   DOCKET NUMBER _____

DATE: 08/22/2025

SIGNATURE OF ATTORNEY OF RECORD: *[signature]*

**FOR OFFICE USE ONLY**
RECEIPT #   AMOUNT   APPLYING IFP   JUDGE   MAG. JUDGE

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **FRED EDWARD CONNER, III,** )<br>)<br>   Plaintiff, )<br>)<br>v. )<br>)<br>**OFFICER E.G. HEARN; and** )<br>**CITY OF SARALAND,** )<br>)<br>   Defendants. ) | CASE NO.: 1:25-cv-25-00347 |

## NOTICE OF REMOVAL

Under 28 U.S.C. §§ 1331, 1367, 1441, and 1446, Defendants City of Saraland and Officer E.G. Hearn ("Defendants")[1] give notice of removal of this action from the Circuit Court of Mobile County, Alabama, to the United States District Court for the Southern District of Alabama, Southern Division. As grounds for removal, Defendants state:

1. The basis for removal of this action is federal question jurisdiction under 28 U.S.C. § 1331. The Complaint asserts claims pursuant to 42 U.S.C. § 1983 for alleged violations of the Fourth and Fourteenth Amendments to the United States Constitution. (Complaint.) In addition, Plaintiff attempts to assert a claim against the City of Saraland for an alleged violation of the Americans With Disabilities Act. (Complaint).

2. Plaintiff also asserts state law claims against these Defendants and the Court has

---

[1] In the style of the Complaint, Plaintiff lists Officer E.G. Hearn and the City of Saraland as Defendants and includes a parenthetical next to the City of Saraland referencing the Saraland Police Department as a department of the City. In addition, on page 2 of the Complaint, Plaintiff states "[t]he Saraland Police Department is not a separate legal entity but operates as a department of the City." Since the Saraland Police Department is not a separate legal entity subject to suit and is not specifically identified as a party separate from the City, Defendants interpret the claims in the Complaint to be only asserted against Officer E.G. Hearn and the City of Saraland. *Caffey v. Mobile Police Department*, 2013 WL 4052430, *1 (S.D. Ala. August 12, 2013); *Ex parte Dixon*, 55 So.3d 1171 (Ala. 2010). To the extent the Saraland Police Department is construed as an actual separate Defendant in this case, its consent to this removal is provided through the City of Saraland.

supplemental jurisdiction over those claims under 28 U.S.C. § 1367.  (Complaint.)

3. The Complaint in this case was filed on July 30, 2025, and this Notice of Removal is filed within thirty days of the filing of that Complaint and any service upon these Defendants.

4. All Defendants properly joined and served in this action join in this Notice of Removal and consent to removal.

5. This action is removed from the Circuit Court of Mobile County, Alabama, which lies within the Southern Division of the Southern District of Alabama.  *See* 28 U.S.C. § 81(c)(2).

6. Copies of all process, pleadings, and orders served upon these Defendants in this action are attached to the contemporaneously filed Notice of Filing.

7. Notice of the filing of this Notice of Removal will be promptly served on the Plaintiff and filed with the Clerk of Court for the Circuit Court of Mobile County, Alabama.

8. This Notice is signed by counsel pursuant to Rule 11 of the Federal Rules of Civil Procedure.

*/s/ Thomas O. Gaillard, III*
THOMAS O. GAILLARD, III
*Attorney for Defendants E.G. Hearn and City of Saraland*

**OF COUNSEL:**
HELMSING, LEACH, HERLONG,
 NEWMAN & ROUSE, P.C.
Post Office Box 2767
Mobile, AL 36652
(251) 432-5521
E-Mail: TOG@helmsinglaw.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that I have on this the 22${}^{nd}$ day of August 2025, served a copy of the foregoing pleading upon the pro se Plaintiff via U.S. Mail, first-class postage pre-paid, as follows:

Fred Edward Conner, III
15715 Durango Drive
Chunchula, Alabama 36521
***Pro se Plaintiff***

                                                         */s/ Thomas O. Gaillard, III*
                                                         OF COUNSEL